**FISHER | TAUBENFELD** LLP

> Application granted. Plaintiff's time to serve Defendants and file proofs of service to the docket is extended to April 22, 2024. The Clerk of Court is respectfully directed to terminate the pending motion at Doc. 7.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>              March 22, 2024

Writer's email: liane@fishertaubenfeld.com
Writer's direct dial: (212) 384-0262

**VIA ECF**

The Honorable Philip M. Halpern
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

    Re: **Herrera v. LDJ Contracting, LLC., et al.**
       **Civil Action No.: 7:23-cv-10326**

Dear Judge Halpern:

 Plaintiff's counsel apologizes for the delay in service of this action. Our office requested that service be effectuated on November 28, 2023, but only received affidavits of service from our process server on March 21st, 2024, at which time Plaintiff's counsel realized for the first time that service on the corporation at the requested address was attempted but unsuccessful, and that service on the individual was not personal service. Plaintiff's counsel respectfully requests an additional 30 days, until Monday, April 22, 2024, to file an affidavit of personal service of the Summons and Complaint on both Defendants.

 We thank Your Honor for your attention in this matter.

           Respectfully submitted,

           */s/ Liane Fisher, Esq.*

1