UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRENE MARTINEZ HERRERA,

               Plaintiff,

-against-

LDJ CONTRACTING, LLC and LUIS DEJESUS,

               Defendants.

**ORDER**

23-CV-10326 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff initiated this action by filing a complaint on November 27, 2023 against LDJ Contracting, LLC and Luis DeJesus (together, "Defendants"). (Doc. 1). Defendant DeJesus was served on January 3, 2024 and Defendant LDJ Contracting, LLC was served on May 16, 2024. (Doc. 6; Doc. 15). On August 21, 2024, Clerk's Certificates of Default were entered as to Defendants. (Doc. 23; Doc. 24). There has been no activity on the docket since the Clerk's Certificates of Default were entered.

By December 6, 2024, Plaintiff shall comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment against Defendants.

Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: White Plains, New York
November 6, 2024

                                               _____
                                               Philip M. Halpern
                                               United States District Judge