UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRENE MARTINEZ HERRERA,

                    Plaintiff,

        - against -

LDJ CONTRACTING LLC, et al.,

                  Defendants.

**<u>ORDER</u>**

23-CV-10326 (PMH)

PHILIP M. HALPERN, United States District Judge:

On March 21, 2025, Plaintiff filed a Proposed Order to Show Cause why the Court should not enter a default judgment. (Doc. 38). Under Local Rule 55.2(c), a party seeking a default judgment "must file a statement of damages, sworn or affirmed to by one or more people with personal knowledge, in support of the request, showing the proposed damages and the basis for each element of damages, including interest, attorney's fees, and costs." Although Plaintiff filed various documents in support of the Proposed Order to Show Cause (Docs. 39-42), Plaintiff did not submit "a statement of damages, sworn or affirmed to by one or more people with personal knowledge, in support of the request."

Accordingly, by March 31, 2025, Plaintiff shall comply with Local Rule 55.2(c).

**SO ORDERED.**

Dated:  White Plains, New York
       March 24, 2025

_____
PHILIP M. HALPERN
United States District Judge