FISHER | TAUBENFELD LLP

1700
0007
.0700
.2001
.com

Writer's direct dial: (212) 38...
Writer's email: liane@fisher...

> Application denied. The Court scheduled the in-person July 2, 2025 at 10:00 a.m. inquest on April 1, 2025. (Doc. 45).
>
> The inquest shall be held in Courtroom 620.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         July 1, 2025

**VIA ECF**
The Honorable Phil[ip M. Halpern]
The Hon. Charles L. Brieant Jr. Federal Building and
United States Courthouse

       Re:    Herrera v. LDJ Contracting, LLC., et al.
              **Civil Action No.: 7:23-cv-10326**

Dear Judge Halpern:

       We represent Plaintiff in the above-referenced action. We write to inform the Court that Plaintiff has been unable to secure a certified Spanish interpreter for the inquest hearing scheduled for July 2, 2025 at 10:00 a.m. We apologize for the belated notice to the Court.

       In support of the Court's inquest, Plaintiff intends to provide testimony regarding his mitigation and emotional distress damages. See ECF 51, Plaintiff's Witness List. However, Plaintiff's primary language is Spanish and he requires interpretation services for the hearing. Despite diligent efforts, Plaintiff been unable to secure a certified court interpreter for the hearing.

       In order to allow Plaintiff additional time to secure a certified Spanish interpreter, Plaintiff respectfully requests that the Court adjourn the inquest hearing scheduled to a later date convenient to the Court. Additionally, Plaintiff requests leave for a translator to appear virtually.

       Thank you for your attention to the above.

                                       Respectfully Submitted,

                                       --------------------/s/-------------------
                                       Liane Fisher